UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. PETITTA,<br><br>    Petitioner,<br><br>    v.<br><br>D. PARAMO,<br><br>    Respondent. | Case No. 17-cv-02996 NC (PR)<br><br>**ORDER OF DISMISSAL** |

Lawrence J. Petitta, a California state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 26, 2017, the Court dismissed the petition with leave to amend. The Court directed Petitioner to file an amended petition within twenty-eight days, and warned Petitioner that the failure to do so would result in dismissal of his case. More than twenty-eight days have passed, and Petitioner has not filed an amended petition. Accordingly, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the case.

**IT IS SO ORDERED.**

DATED: September 13, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-02996 NC (PR)
ORDER OF DISMISSAL