UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J. PETITTA,<br>    Petitioner<br>    v.<br>D. PARAMO, Warden,<br>    Respondent. | Case No. 17-cv-02996-HSG (PR)<br><br>**ORDER REOPENING ACTION** |

Petitioner, a state prisoner, filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 26, 2017, the court dismissed the petition with leave to amend within twenty-eight days. On September 13, 2017, the court dismissed the case without prejudice after petitioner failed to file an amended petition.

On September 25, 2017, petitioner filed a letter with the court stating that he never received the order dismissing his case with leave to amend. He also filed an amended petition. On October 3, 2017, the court entered an order noting that the amended petition appeared to have the same deficiencies as the original petition and directing petitioner to file a second amended petition within twenty-eight days. On October 27, 2017, petitioner filed a second amended petition.

In the interests of justice, the action is hereby REOPENED. The order of dismissal (dkt. no. 11), and judgment (dkt. no. 12), are VACATED. The second amended petition will be reviewed in a separate order.

The Clerk shall amend the docket to reflect that D. Paramo, the warden of the prison in which petitioner is housed, is the sole respondent in this action. Petitioner erroneously also named

as respondent Scott Kernan, Director of the California Department of Corrections and Rehabilitation.  Paramo, not Kernan, is the sole proper respondent in this action, as he is the custodian having day-to-day control over petitioner, the only person who can produce "the body" of *petitioner.  Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992) (quoting Guerra v. Meese*, 786 F.2d 414, 416 (D.C. Cir. 1986)).

**IT IS SO ORDERED.**

Dated: 1/22/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge