UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE J PETITTA,<br>　　　　Petitioner,<br>　v.<br>D. PARAMO, Warden,<br>　　　　Respondent. | Case No. 17-cv-02996-HSG (PR)<br><br>**JUDGMENT** |

　　　This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action. Judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/26/2018

　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge